UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FEDEQ DV004 LLC, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) 2:22-cv-00187-GZS ) Docket no. 2:21-cv-00327-GZS ) |
| CITY OF PORTLAND, | ) ) |
| Defendant. | ) ) ) |

**ORDER STAYING PROCEEDINGS**

Before the Court are Plaintiffs' Consent Motions to Stay Proceedings (ECF No. 42 in 2:21-cv-00327-GZS & ECF No. 23 in 2:22-cv-00187-GZS). On March 15, 2023, the Court held a telephonic conference of counsel with Attorney Patrick Venne appearing for Plaintiffs and Attorneys Russell Pierce appearing for Defendants.

Based on the representations of counsel at the conference, the Court hereby GRANTS WITHOUT OBJECTION the Consent Motion to Stay Proceedings in both the so-called "Takings Case" (2:21-cv-00327-GZS) and the "Contracts Case" (2:22-cv-00187-GZS). **This stay shall remain in effect until March 24, 2023.**

As to the Takings Case, this stay shall have no effect on the ongoing Third Party Discovery or City Discovery, as outlined in the Consent Motion. See ECF No. 42 in 2:21-cv-00327-GZS, PageID # 436.

As to the Contracts Case, in light of this stay, the Court DENIES WITHOUT PREJUDICE Defendant's Motion to Dismiss (ECF No. 16 in 2:22-cv-00187-GZS). This ruling is without prejudice to Defendant re-filing and renewing this Motion if settlement is not achieved.

If a notice of settlement is not docketed in either case by March 24, 2023, counsel shall file a joint status report. If any extension of the stay is sought, that status report shall provide good cause for such an extension and propose a specific end date for the requested extension of the stay. In the Takings Case, any status report shall also alternatively include a proposed amended scheduling order. In the Contract Case, any status report shall alternatively include either a proposed deadline for Defendant to file its renewed motion to dismiss or an answer to the complaint.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 15th day of February, 2023.